COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
AUDREY J. MOTT-SMITH (300550)
(amottsmith@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:  (415) 693 2000
Facsimile:  (415) 693 2222

Attorneys for Defendant
WHITE OPS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG HOLLYWOOD LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WHITE OPS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:20-cv-3334 PA (RAO)<br><br>**ORDER RE: STIPULATED REQUEST TO CONTINUE DEADLINE FOR WHITE OPS TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Courtroom: 9A<br><br>Judge:      Hon. Percy Anderson<br>Trial Date: None Set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE: STIP. REQ. TO
CONT. DEADLINE TO ANSWER FAC
CASE NO. 2:20-CV-3334 PA (RAO)

Pursuant to the stipulation of the parties, **IT IS ORDERED THAT**:

White Ops' deadline to file an Answer to Plaintiff's First Amended Complaint, which was previously set for August 21, 2020, is extended by two weeks, to September 4, 2020.

**IT IS SO ORDERED.**

Dated:  August 12, 2020

_____
PERCY ANDERSON
United States District Judge

231679284

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE: STIP. REQ. TO
CONT. DEADLINE TO ANSWER FAC
CASE NO. 2:20-CV-3334 PA (RAO)