Brendan O'Rourke*
borourke@proskauer.com
Jonathan Weiss, SBN 250307
jweiss@proskauer.com
Lee Popkin*
lpopkin@proskauer.com
Simona Weil, SBN 316449
sweil@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, 24th Floor
Los Angeles, CA  90067-3010
Telephone:     (310) 557-2900
Facsimile:     (310) 557-2193
Attorneys for Plaintiff
Young Hollywood LLC
*admitted *pro hac vice*

Michael G. Rhodes, SBN 116127
rhodesmg@cooley.com
Jeffrey M. Gutkin, SBN 216083
jgutkin@cooley.com
Audrey J. Mott-Smith, SBN 300550
amottsmith@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693 2000
Facsimile: (415) 693 2222
Attorneys for Defendant
White Ops, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YOUNG HOLLYWOOD LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WHITE OPS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:20-cv-3334 FLA (RAOx)<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>[(Proposed) Order filed concurrently] |

**JOINT STIPULATION TO DISMISS (Case No. 2:20-cv-3334 FLA (RAOx))**

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 7-1, Plaintiff Young Hollywood LLC ("Young Hollywood") and Defendant White Ops, Inc. ("White Ops") (collectively, the "Parties") by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, with each Party to bear its own costs, fees and expenses.

Respectfully Submitted,

DATED:  March 16, 2021

Brendan J. O'Rourke
Jonathan Weiss
Lee Popkin
Simona Weil
PROSKAUER ROSE LLP

_/s/  Simona Weil_

Attorneys for Plaintiff,
Young Hollywood LLC

DATED:  March 16, 2021

Michael G. Rhodes
Jeffrey M. Gutkin
Audrey J. Mott-Smith
COOLEY LLP

_/s/ Audrey J. Mott-Smith_

Attorneys for Defendant,
White Ops, Inc.

### E-FILING ATTESTATION

I, Simona Weil, attest pursuant to Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

_/s/ Simona Weil_
Simona Weil